JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MALDONADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DALINDA HARMON, Warden,<br><br>　　　　Respondent. | Case No. SA CV 14-0741 AB (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 13, 2015

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE